**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FRANK TUFANO,**<br>**Plaintiff**<br><br>**v.**<br><br>**FENIX INTERNET LLC (DBA ONLYFANS),**<br>**Defendant** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **No. 3:25cv976**<br><br>**(Judge Munley)** |

# ORDER

On June 2, 2025, Plaintiff Frank Tufano filed suit against Defendant Fenix Internet LLC ("Fenix") at the above docket number. (Doc. 1). Before the court is a report and recommendation ("R&R") from United States Magistrate Judge Phillip J. Caraballo, which recommends that Tufano's complaint be dismissed without prejudice under Federal Rule of Civil Procedure 4(m) for failure to serve the defendant. (Doc. 15).

Tufano responded to the R&R with objections, asserting that he served the defendant on Wednesday, September 9, 2026.[1] (Doc. 16). In support, plaintiff attaches a proof of service form indicating that a process server left a copy of a

[1] Based on the nature of Tufano's objections, the matters within the R&R are subject to *de novo* review. 28 U.S.C. § 636(b)(1)(C); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

complaint and summons with a registered agent for Fenix in Wilmington, Delaware. (Doc. 16-1). That proof of service form is deficient.

Specifically, the proof of service form filed by Tufano contains a civil case number of 25-CV-3931. Id. That case number does not correspond to the case number assigned to this action or any matter filed in the United States District Court for the Middle District of Pennsylvania last year. According to records maintained by the Clerk of Court, case number 25-CV-3931 was assigned by the Lackawanna County Court of Common Pleas to a different action filed by Tufano against Fenix in state court on May 27, 2025. See No. 3:25-cv-1165, (Doc. 1, Notice of Removal; Doc. 1-2, State Court Filings). Fenix removed that action to the Middle District of Pennsylvania on June 26, 2025. Id.

The court can only conclude that the proof of service form provided by Tufano corresponds to case number 3:25-cv-1165, not the instant matter at case number 3:25-cv-976. Tufano's exhibit does not demonstrate that Fenix has been served with the complaint and summons corresponding to this case.

Under the Federal Rules of Civil Procedure, the court is permitted to dismiss an action without prejudice—after notice to the plaintiff—if a defendant is not served within 90 days of the complaint being filed. FED. R. CIV. P. 4(m). A summons was issued in this matter on April 8, 2026, just over 180 days ago. (Doc. 10). Magistrate Judge Caraballo issued show cause orders on July 28,

2026 (the 111-day mark) and September 3, 2026 (the 148-day mark), which directed Tufano to provide proof of service. (Docs. 12, 14). The orders warned Tufano that the case was subject to dismissal under Rule 4(m) in the absence of appropriate proof. Id.

Although the proof of service form is dated September 9, 2026, (Doc. 16-1), Tufano did not file that proof of service—defective as it is—or otherwise respond to the last show cause order until after Magistrate Judge Caraballo issued the R&R on October 1, 2026.[2]

Consequently, it is hereby **ORDERED** that:

1) Plaintiff's objections to the R&R, (Doc. 16), are **OVERRULED**;

2) The R&R, (Doc. 15), is **ADOPTED** in its entirety;

3) Plaintiff's complaint, (Doc. 1), is **DISMISSED** without prejudice; and

4) The Clerk of Court is directed to close this case.

**Date:** 10/15/26

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**

[2] In his objections, Tufano asserts that the magistrate judge ignored his proof of service filings. (Doc. 16 ¶ 4). Review of the docket in this case discredits that statement.